# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| SIYOUM TESFAY,<br><br>         Plaintiff(s),<br>    v.<br><br>UNITED FINANCIAL CASUALTY COMPANY,<br><br>         Defendant(s). | CASE NO. 2:22-cv-01687-TL<br><br>ORDER AWARDING FEES & COSTS TO PLAINTIFF |

This matter is before the Court on Plaintiff's motion for fees and costs. Dkt. No. 20.

The Court previously granted Plaintiff's motion to remand the case back to state court. Dkt. No. 19 at 4. In the order, the Court found that Defendant lacked an objectively reasonable basis to seek removal of the case and found that Plaintiff was entitled to recover costs and attorney's fees. *Id.* at 3–4. The Court ordered that Plaintiff submit a request for costs and fees with evidentiary support for the amount requested. *Id.* at 4. No response from Defendant was permitted. *Id.*

ORDER AWARDING FEES & COSTS TO PLAINTIFF - 1

Plaintiff seeks attorney's fees in the amount of $4,332 for counsel's work on the case, at a rate of $400 an hour and for a combined total of approximately 10.5 hours of work.[1] Having reviewed Plaintiff's submission and given the complexity of the case, the Court finds that a reasonable amount of attorney's fees to award is $3,160, which accounts for the time that counsel spent reviewing papers related to and drafting the motion to remand briefing. *See* Dkt. No. 20 at 8. The Court has slightly reduced the time submitted on reviewing the notice of removal and the order to remand.

Accordingly, the Court hereby GRANTS Plaintiff's motion for fees and costs (Dkt. No. 20) and AWARDS attorney's fees in the amount of **$3,160**, which Defendant must pay within **thirty (30) days** of this Order.

Dated this 29th day of March 2023.

Tana Lin
United States District Judge

---

[1] Plaintiff does not explain why the total requested amount ($4,332) exceeds the rate ($400) multiplied by the hours worked (10.5 hours).

ORDER AWARDING FEES &
COSTS TO PLAINTIFF - 2